■ OMEGA PRECISION HAND TOOLS, INC., Respondent, v. H. ALPERS & ASSOCIATES, INC., Appellant.— Order of the Supreme Court, Queens County, dated March 11, 1974, affirmed, with $20 costs and disbursements. The prior action in the Federal court will not dispose of all the issues raised in this action. We are aware of the grant to plaintiff of summary judgment in the instant action while this appeal was pending. However, we do not pass upon that determination. Martuscello, Acting P. J., Shapiro, Christ, Benjamin and Munder, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. STEPHEN MARK BALLARD, Appellant.— Appeal by defendant from a judgment of the Supreme Court, Suffolk County, rendered January 16, 1974, convicting him of possession of weapons and dangerous instruments and appliances, as a felony, after a nonjury trial, and imposing sentence. Judgment affirmed. The record contains ample evidence to sustain the conclusions that defendant's admissions were voluntary (*People* v. *Huntley,* 15 N Y 2d 72), and that the weapon was lawfully seized (*People* v. *Merola,* 30 A D 2d 963). It follows that the conviction is supported by proof, beyond a reasonable doubt, of defendant's guilt. Hopkins, Acting P. J., Martuscello, Cohalan, Christ and Munder, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. JOHN J. CORNACHIO, Respondent.— Appeal by the People from an order of the County Court, Nassau County, entered December 24, 1973, which granted defendant's motion to dismiss the indictment. Order affirmed, with leave to the People, as requested by the District Attorney on the oral argument of this appeal, to resubmit the matter to another Grand Jury. Under the circumstances herein, the testimony of the two witnesses who were not present when the incident occurred should not have been presented. Their testimony as to the situation that existed in the area was prejudicial, thereby rendering the Grand Jury proceedings defective. We have considered no other issues. Martuscello, Acting P. J., Latham, Cohalan, Brennan and Munder, JJ., concur.